UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| GLENN NOE, | ) |
| Plaintiff, | ) |
| v. | ) 3:24-CV-219-KAC-JEM |
| GRAINGER COUNTY, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is United States Magistrate Judge Jill E. McCook's "Report and Recommendation" ("Report") [Doc. 24]. On May 10, 2024, Plaintiff Glenn Noe filed a complaint asserting state and federal claims against Defendant Grainger County, Defendant Officer Cody Bright in his individual and official capacity, and Sheriff James Harville in his official capacity [*See* Doc. 1]. Plaintiff served Defendants on July 31, 2024 [Docs. 7, 8]. When Defendants did not respond, Plaintiff filed "Request[s] for Entry of Default" as to each Defendant [Docs. 11, 12, 13]. The Clerk of Court subsequently entered default against each Defendant [Docs. 16, 17, 18]. On January 2, 2025, Defendants filed (1) an Answer to Plaintiff's Complaint [Doc. 19] and (2) a "Motion to Set Aside Entry of Default" under Federal Rule of Civil Procedure 55(c) [Doc. 20].

The Report recommends that the Court grant Defendants' Motion [Doc. 24 at 6]. Neither Party has objected to the Report, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(2). After reviewing the record, the Court **ACCEPTS** and **ADOPTS** the Report [Doc. 24] under 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b)(2).

The Court:

(1) **GRANTS** Defendants' "Motion to Set Aside Entry of Default" [Doc. 20]; and

(2) **SETS ASIDE** the Clerk of Court's "Entry of Default" against each Defendant [Docs. 16, 17, 18].

Additionally, the Court **ORDERS** the Parties to file a joint Rule 26(f) report by **April 18, 2025.** For the convenience of the Parties, the Court's Judicial Preferences and a Sample Civil Scheduling Order are available at https://www.tned.uscourts.gov/content/katherine-crytzer-united-states-district-judge. The Court will determine whether to hold a Rule 16 scheduling conference after receiving the Parties' Rule 26(f) report. Counsel must be prepared to efficiently litigate this action.

SO ORDERED.

_____
KATHERINE A. CRYTZER
United States District Judge

2

Case 3:24-cv-00219-KAC-JEM   Document 26   Filed 04/08/25   Page 2 of 2   PageID #: 108